**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**

File Name: 16a0225n.06

Case No. 15-1517

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**FILED**

Apr 27, 2016
DEBORAH S. HUNT, Clerk

|  |  |  |
|---|---|---|
| CAROLYN SEBESTYEN, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | ON APPEAL FROM THE UNITED |
| v. | ) | STATES DISTRICT COURT FOR |
| | ) | THE EASTERN DISTRICT OF |
| LEIKIN, INGBER & WINTERS, P.C.; PAUL | ) | MICHIGAN |
| M. INGBER, | ) | |
| | ) | |
| Defendants-Appellees. | ) | |

BEFORE: SUTTON and KETHLEDGE, Circuit Judges; BECKWITH, District Judge.[*]

PER CURIAM. The district court, bound by then-governing Sixth Circuit precedent, held that the defendants' unaccepted offer of judgment "rendered this case moot." *Sebestyen v. Leikin, Ingber & Winters, P.C.*, No. 13-cv-15182, 2015 WL 1439881, at *6–7 (E.D. Mich. Mar. 27, 2015). After the plaintiff appealed, the Supreme Court came out the other way, holding that "an unaccepted settlement offer or offer of judgment does not moot a plaintiff's case." *Campbell-Ewald Co. v. Gomez*, 136 S. Ct. 663, 672 (2016). In light of *Campbell-Ewald*, we vacate the district court's order and remand for further proceedings.

---

[*] The Honorable Sandra S. Beckwith, Senior United States District Judge for the Southern District of Ohio, sitting by designation.